IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY RAY WELCH, JR, )<br>#295 115, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD ELLINGTON, )<br>Warden, Draper Correctional, )<br>PATRICIA HOOD, Warden, )<br>Draper Correctional, )<br>LT. DAVIS, )<br>CO FLOYD, and )<br>ALABAMA DEPARTMENT OF )<br>CORRECTIONS, )<br>)<br>    Defendants. ) | CASE NO.  2:16-CV-927-WKW<br>[WO] |

## **ORDER**

On March 13, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 10.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

    (1)    The Recommendation (Doc. # 10) is ADOPTED.

    (2)    This case is DISMISSED without prejudice for Plaintiff's failure to pay the partial filing fee under 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

A separate final judgment will be entered.

DONE this 7th day of April, 2017.

                                              /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE